150 P.3d 857

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Brandon, In re | 28148 | 12/19/2006 | Denied | 113 Hawai'i 154, 149 P.3d 806 |
| State v. Deryke | 27259 | 12/27/2006 | Denied | 113 Hawai'i 120, 148 P.3d 1222 |